UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:20-cv-00190

**Delia Anthony,**
*Plaintiff,*

v.

**Commissioner, SSA,**
*Defendant.*

# ORDER

Plaintiff Delia Anthony filed the above-styled and numbered civil action pursuant to section 205(g) of the Social Security Act, seeking judicial review of the defendant's denial of her application for Social Security benefits. Doc. 1. Her case was referred to United States Magistrate Judge John D. Love. Doc. 3.

On January 6, 2021, the magistrate judge issued a report recommending that this civil action be dismissed for failure to prosecute and failure to comply with a court order. Doc. 19. Neither party filed objections to the magistrate judge's report, and the deadline to do so has passed.

When no party objects to a magistrate judge's report, the court reviews its findings for clear error, abuse of discretion, and legal conclusions contrary to law. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996) (en banc), *superseded by statute on other grounds*, 28 U.S.C. § 636(b)(1).

Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court **accepts** its findings and recommendation. Fed. R. Civ. P. 72(b)(3). Plaintiff's claims are **dismissed without prejudice** for failure to comply with a court order and failure to prosecute.

*So ordered by the court on January 26, 2021.*

_____
J. CAMPBELL BARKER
United States District Judge