UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:20-cv-00190

**Delia Anthony,**
*Plaintiff,*
v.
**Commissioner, Social Security Administration,**
*Defendant.*

### ORDER

On April 9, 2020, plaintiff Delia Anthony filed the above-styled civil action pursuant to section 205(g) of the Social Security Act, seeking judicial review of the Commissioner's denial of her application for Social Security benefits. Doc. 1. The case was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636. Doc. 4.

On May 6, 2021, the magistrate judge issued a report recommending that the case be dismissed without prejudice for failure to comply with an order of the court and for failure to prosecute. Doc. 33. The report informed plaintiff of her right to file written objections within 14 days and warned that a failure to do so would bar a party from de novo review by the district judge. *Id*. On May 24, 2021, the court received a notice from the United States Postal Service that plaintiff had received the report. Doc. 34. The notice did not state when plaintiff had received the report, but more than 14 days have passed since the court learned that plaintiff received the report and no objections have been filed.

When no party objects to the magistrate judge's report and recommendation, the court reviews it only for clear error. *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. The case is dismissed

without prejudice for failure to prosecute and for failure to comply with a court order.

*So ordered by the court on June 16, 2021.*

J. CAMPBELL BARKER
United States District Judge